LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
(510) 444-2501

Attorneys for Plaintiff
JOSE OBSUNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OBSUNA,<br><br>            Plaintiff,<br><br>v.<br><br>AMERICAN SHIP MANAGEMENT, LLC,<br>AMERICAN PRESIDENT LINES, LTD.,<br><br>            Defendants.            / | Case No. C-05-5220-CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO COMPLETE MEDIATION** |

The parties to the above-entitled action, by and through their respective attorneys herein, hereby stipulate and respectfully request the Court to order an extension of the deadline for mediation for a period of forty-five (45) days, from December 1, 2006 to January 15, 2007, as there are numerous discovery matters to complete without which mediation would not be as meaningful.

There have been no prior extensions of this deadline.

Dated:  October 26, 2006            EMARD DANOFF PORT
                                          TAMULSKI & PAETZOLD


                                          By_____/s/_____
                                                Kevin J. Odell
                                                Attorneys for Defendant
                                                American Ship Management

Dated:  October 26, 2006       LAW OFFICES OF LYLE C. CAVN, JR.


                               By_____/s/_____
                                     Lyle C. Cavin, Jr.
                                     Attorneys for Plaintiff
                                     Jose Obsuna


IT SO ORDERED.

   10/30/06
                               _____
                               UNITED STATES DISTRICT JUDGE