IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OBSUNA, | No. 05-05220 CW |
| Plaintiff, | ORDER TRANSFERRING CASE FOR TRIAL |
| v. | |
| AMERICAN SHIP MANAGEMENT, LLC, et al., | |
| Defendants. | |

The trial in the above-captioned case is transferred to the Honorable Charles R. Breyer.  Counsel will be notified by Judge Breyer of a status conference to be held on January 5, 2007.  All hearing dates previously set before this Court will be vacated upon rescheduling by Judge Breyer.

IT IS SO ORDERED.


12/21/06

Dated _____          _____
                                    CLAUDIA WILKEN
                                    United States District Judge


cc: CRB