LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
(510) 444-2501

Attorneys for Plaintiff
JOSE OBSUNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OBSUNA, | Case No. C-05-5220-CRB |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| AMERICAN SHIP MANAGEMENT, LLC, AMERICAN PRESIDENT LINES, LTD., | |
| Defendants.          / | |

This case having been fully compromised and settled, the parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed with prejudice, each party to bear its own costs.

Dated: March 9, 2007            LAW OFFICES OF LYLE C. CAVIN, JR.


                                By:       /s/
                                     Lyle C. Cavin, Jr.
                                     Attorneys for Plaintiff
                                     Jose Obsuna

Dated:  March 9, 2007                EMARD DANOFF PORT TAMULSKI & PAETZOLD

                                     By: _____/s/_____
                                          Eric Danoff
                                          Attorneys for Defendant
                                          American Ship Management

IT IS SO ORDERED.

Dated:  March __16__, 2007           _____

                                     CHARLES BREYER
                                     United States District Judge